IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTONIO DARRELL MASON | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv713 |
| T.C. OUTLAW, ET AL | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Antonio Darrell Mason, proceeding *pro se*, filed this petition for writ of habeas corpus. The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

Petitioner filed a motion seeking a temporary restraining order (doc. no. 8). The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and his report is **ADOPTED**. Petitioner's motion for a temporary restraining order is **DENIED**.

**SIGNED** this the 13 day of **June, 2006.**

Thad Heartfield
United States District Judge