IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTONIO MASON | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv713 |
| T.C. OUTLAW | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff Antonio Mason, proceeding *pro se*, filed the above-styled lawsuit. Plaintiff has filed a motion asking that his lawsuit be voluntarily dismissed. Plaintiff is entitled to dismiss his lawsuit prior to the service of adverse parties.

O R D E R

For the foregoing reasons, plaintiff's motion for voluntary dismissal is hereby **GRANTED**. A Final Judgment shall be entered dismissing this action pursuant to FED. R. CIV. P. 41(a).

**SIGNED** this the **21** day of **April, 2008.**

_____
Thad Heartfield
United States District Judge